IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-31004
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FRANK SMITH,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
(96-CR-117)

_____

September 7, 2001

Before HIGGINBOTHAM, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *See* 5TH CIR. R. 47.6.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.